Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar #7360
J. Malcolm DeVoy IV, NV Bar #11950
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

Attorneys for Plaintiffs
ViaView, Incorporated, and
CheaterVille, Incorporated.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIAVIEW, INCORPORATED, a Delaware corporation; and CHEATERVILLE, INCORPORATED, a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> "BADBOYREPORT.COM," an unincorporated association; VERISIGN, INCORPORATED, a Delaware Corporation (injunctive Defendant only); PAYPAL, INCORPORATED, a California Corporation (injunctive Defendant only); and JOHN DOES # 1-5. <br><br> Defendants. | Case No. 2:13-cv-00665-APG-NJK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs, ViaView, Incorporated and Cheaterville, Incorporated, by and through their undersigned counsel, file this notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as to all of their claims against all Defendants. Plaintiffs' dismissal is made without prejudice to their rights to re-file this case against Defendants following further ongoing research and investigation.

1

No Defendants have been served in this action.  No Defendants have served Plaintiffs with any answer, motion to dismiss, motion for summary judgment, or any other responsive pleading in this case.

Dated: November 8, 2013  Respectfully submitted,

 */s/ Ronald D. Green*
Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar #7360
J. Malcolm DeVoy IV, NV Bar #11950
Randazza Legal Group
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
702-420-2001
702-420-2003 fax
ecf@randazza.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this November 8, 2013, I caused the foregoing document to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Defendant's known addresses;

[ ]   by hand delivery;

X    by the Court's CM/ECF system.

No Defendants have appeared in this action for service.

an employee of Randazza Legal Group